IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KODY L. DANCER, husband and wife; and MEGAN DANCER, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and ESTEBAN D. BAUTISTA,<br><br>Defendants. | **7:17CV5003**<br><br>**ORDER** |

Plaintiff Kody Dancer is receiving ongoing medical treatment and as to Plaintiffs' damages, discovery is premature at this time. After conferring with counsel,

IT IS ORDERED:

1) The trial and pretrial conference settings are vacated.

2) The deadlines for amending pleadings and adding parties, identifying expert witnesses, and serving expert disclosures are stayed pending further order of the court.

3) A new case progression schedule will be discussed during the telephonic conference previously scheduled to be held on March 6, 2018 at 1:30 p.m.

October 27, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge