IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KODY L. DANCER, husband and wife; and MEGAN DANCER, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and ESTEBAN D. BAUTISTA,<br><br>Defendants. | 7:17CV5003<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on June 5, 2018 at 10:00 a.m. to discuss further case progression and the parties' interest in settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 12), to participate in the call.

2) Between now and June 5, 2018, the parties' discovery efforts shall focus on obtaining and disclosing updated medical information and opinions regarding Plaintiff's injuries, and taking any depositions necessary to engage in informed settlement discussions.

March 6, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge