IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KODY L. DANCER, husband and wife; and MEGAN DANCER, husband and wife;<br><br>Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, and ESTEBAN D. BAUTISTA,<br><br>Defendants. | 7:17CV5003<br><br>ORDER |

The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 11 at CM/ECF p. 2). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1.

Plaintiff did not comply with the court's order before filing a motion to compel.

Accordingly,

IT IS ORDERED that Plaintiff's motion to compel, (Filing No. 50), is denied.

November 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge